**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § § § § § § | |
| | | **CASE NO. 20-50046** |
| Heliodoro Alberto Perez, Jr. | | |
| | | **CHAPTER 7** |
| **DEBTOR(S).** | | |

**CHAPTER 7 TRUSTEE'S NOTICE OF**
**TELEPHONIC MEETING OF CREDITORS**

YOU ARE HEREBY NOTIFIED that the Meeting of Creditors set for **May 6, 2020**, at **12:00 PM, will be conducted telephonically.**  Any party in interest wishing to participate may call **877-960-1357** at 12:00 PM.  The Participant Code to enter is **3121403** and then press **#.**  No other deadlines or provisions described in the Official Form 309A Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline are changed by this notice, and all such deadlines and provisions remain in full effect.

Dated: 04/30/2020

Respectfully submitted,

*/s/Catherine Stone Curtis*
Catherine Stone Curtis
Texas State Bar No.: 24074100
Southern District ID No.: 1129434
ccurtis@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
P.O. Box 720788
McAllen, Texas 78504
www.pulmanlaw.com
956-467-1900 (phone)
512-461-1400 (mobile)
956-331-2815 (fax)
**CHAPTER 7 TRUSTEE**