UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HELIODORO ALBERTO PEREZ, JR. | § | CASE NO. 20-50046 |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR(S) | § | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Donato D. Ramos and Donato D. Ramos, Jr., of the Law Offices of Donato D. Ramos, P.L.L.C., enter their appearance in the above-captioned action as counsel for Creditor, Plazas Pita Mangana, LLC.

Respectfully submitted,

LAW OFFICES OF DONATO D. RAMOS, P.L.L.C.
Texas Community Bank Bldg., Suite 350
6721 McPherson Rd. (78041)
P.O. Box 452009
Laredo, Texas 78045
Telephone: (956) 722-9909
Facsimile: (956) 727-5884


BY:   */s/ Donato D. Ramos, Jr.*
      DONATO D. RAMOS
      State Bar No. 16508000
      mrodriguez@ddrlex.com
      DONATO D. RAMOS, JR.
      State Bar No. 24041744
      donatoramosjr@ddrlex.com
      **ATTORNEYS FOR CREDITOR,**
      **PLAZA PITA MANGANA, LLC**

**CERTIFICATE OF SERVICE**

 This is to certify that a true and correct copy of the foregoing has been served on all necessary parties in accordance with FRBP 2002 on the date it was filed electronically or within two business days thereafter.

**<u>Via Electronic Notice:</u>**
U.S. Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, Texas

**<u>Via Electronic Notice:</u>**
Chapter 7 Trustee
Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
P.O. Boxx 720788
McAllen, Texas  78504

**<u>Via Electronic Notice:</u>**
Heliodoro Alberto Perez, Jr.,
4434 Mercedes Drive
Laredo, Texas 78046
*Debtor*

Carl Michael Barto
Law Office of Carl M. Barto
817 Guadalupe Street
Laredo, Texas 78040
*Debtor's Counsel*

 And to all parties on the attached matrix not already listed above, VIA FIRST CLASS MAIL.

         *Donato D. Ramos, Jr.*
         DONATO D. RAMOS, JR.

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Belmont Finance LLC
Attn: Bankruptcy
PO Box 152
Waupaca, WI 54981

BELMONT FINANCE LLC
6810 JOHNNIES LANE
STEVENS POINT WI 54482-8513

Borden Dairy Company
PO Box 679378
Dallas, TX 75267-9378

Carl Michael Barto
Law Office of Carl M. Barto
817 Guadalupe St.
Laredo, TX 78040-5251

Catherine Stone Curtis
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504-0788

Citibank/Sears
Citicorp Cr Srvs/Centralized Bk Dept
PO Box 790034
St Louis, MO 63179-0034

Exquisita Tortillas Inc.
PO Box 1078
Edingburg, TX 78540-1078

G Power
Dept. 3667 PO Box 123667
Dallas, TX 75312-3667

Heliodoro Alberto Perez Jr.
4434 Mercedes Drive
Laredo, TX 78046-5736

Houston Meats
1500 Oliver St.
Houston, TX 77007-6035

La K Buena
318 W. Garden St.
Laredo, TX 78040-4205

People Fund
2801 Swiss Avenue
Dallas, TX 75204-5925

Peoplefund
2921 E. 17th Street Bldg. D, Ste. 1
Austin, TX 78702-1509

Plaza Pita Mangana LLC
8600 San Lorenzo Dr.
Laredo, TX 78045-8707

Pro Valley Foods
PO Box 1001
McAllen, TX 78505-1001

R & R Distributing
1401 East Minnesota Dr.
Pharr, TX 78577-5197

R C Foods Service and Produce
120 Market St.
Laredo, TX 78040-6132

Suntrust Bk Tampa Bay
Attn: Bankruptcy
Mail Code VA-RVW-6290 PO Box 85092
Richmond, VA 23285-5092

Syncb/ccdstr
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Tortillas Santos
606 Amistad Dr.
Laredo, TX 78041-6872

US Bank Home Mortgage
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-2511

US Trustee
606 N Carancahua
Ste 1107
Corpus Christi, TX 78401-0680

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A
Des Moines, IA 50328-0001

Wells Fargo Business Card
Payment Remittance Center
PO Box 77033
Minneapolis, MN 55480-7733