### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-50046 |
| | § | |
| HELIODORO ALBERTO PEREZ, JR. | § | |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF 30 DAY HEARING REQUIREMENT

On July 24, 2020, a Motion for Entry of Agreed Order Granting Relief from the Automatic Stay (the "Motion") regarding the personal property of Los Perez Carniseria, Inc. (the "Collateral") was filed in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order:

IT IS THEREFORE ORDERED that the automatic stay provided in 11 U.S.C. § 362 be, and it is hereby, LIFTED and TERMINATED so as to authorize PeopleFund, and its agents and assigns, to immediately pursue any and all of its rights and remedies under state law and the security documents pledging the Collateral to repossess, foreclosure, and sell of the Collateral.

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the (14)-day stay period otherwise imposed by Fed. R. Bankr. R. 4001 (3) shall not be applicable to this Order.

| | |
|---|---|
| **ORDER SUBMITTED BY:** | **APPROVED AS TO FORM AND CONTENT:** |
| */s/Ryan Dunn* | */s/Carl Michael Barto* |
| Ryan Dunn | Carl Michael Barto |
| DUNN PLLC | Law Office of Carl M. Barto |
| State Bar No. 24056749 | State Bar No. 01852100 |
| 405 Main Street, Suite 836 | 817 Guadalupe Street |
| Houston, Texas 77002 | Laredo, TX 78040 |
| ryan@dunnpllc.com | cmblaw@netscorp.net |
| **ATTORNEY FOR CREDITOR** | **ATTORNEY FOR DEBTOR** |

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
PULMAN, CAPPUCCIO & PULLEN, LLP
P.O. Box 720788
McAllen, Texas 78504
956-467-1900 (phone)
956-331-2815 (fax)
ccurtis@pulmanlaw.com
**CHAPTER 7 TRUSTEE**